FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 01, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGELIO GUTIERREZ, JR,<br><br>Defendant. | No. 4:24-CR-06018-MKD-5<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 111** |

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release (ECF No. 111).

Defendant requests that the Court modify Special Condition No. 8 from home detention to a nightly curfew of 9:00 p.m. to 5:00 a.m. ECF No. 111. Defense counsel indicates that the United States Attorney's Office has no objection to Defendant's request and that the United States Probation/Pretrial Services Office supports it. *Id.*

Accordingly, **IT IS ORDERED:**

1. Defendant's Unopposed Motion to Modify Conditions of Release (**ECF No. 111**) is **GRANTED**.

2. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

ORDER - 1

1 **IT IS SO ORDERED.**

2 DATED October 1, 2024.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2