FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGELIO GUTIERREZ, JR,<br><br>Defendant. | No. 4:24-cr-06018-MKD-5<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 122** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 122). Defendant was represented by court-appointed attorney Sandy D. Baggett on the Motion.

Defendant requests that the Court remove Special Condition Nos. 7 and 8 (ECF Nos. 89, 112), which require GPS monitoring and curfew, respectively (ECF No. 122). The United States Attorney's Office and the United States Probation/Pretrial Services Office have no objection to Defendant's request. *Id.*

Given the lack of objection by the parties and Defendant's success on supervision since August 2024, the Court grants the Motion.

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 122**) is **GRANTED**.

2. **Special Condition Nos. 7 and 8 (ECF No. 89) are STRICKEN**.

ORDER - 1

3. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED January 6, 2025.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2