# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

ECF No. 167

| | | | |
|---|---|---|---|
| U.S.A. vs. | Gutierrez Jr., Rogelio | Docket No. | 0980 4:24CR06018-MKD-5 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jose Valencia, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Rogelio Gutierrez Jr., who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Richland, Washington, on the 30th day of July 2024, under the following conditions:

**Standard Condition#1:** Defendant shall not commit any offense in violation of federal, tribal, state, or local law. Defendant shall advise the supervising United States Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal, tribe, state, or local law enforcement agency unless Defendant first notifies the supervising United States Pretrial Services Officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On August 14, 2024, the undersigned officer conducted a home visit on Mr. Gutierrez and the conditions of supervision for his pretrial supervision were reviewed with him. He signed a copy of his conditions and by doing so, acknowledged an understanding of his conditions of pretrial supervision. He was also provided a copy of the signed document.

**Violation#1:** Mr. Gutierrez is considered to be in violation of his pretrial release conditions for receiving a citation of hit and run attended vehicle on or about August 16, 2025.

According to the Walla Walla Police Department report, on August 16, 2025, an officer from Walla Walla Police Department made contact with Mr. Gutierrez at approximately 1:30 a.m. at his residence located at 319 North 7th Avenue, in Walla Walla, Washington, to question him about a hit and run that occurred the previous day on August 15, 2025, in Walla Walla. The reporting party, D.R., stated he was driving his GMC Terrain and stopped for the light at West Alder Street and South 4th Avenue, when he was rear ended by another vehicle. D.R. reported the vehicle that rear ended him was a blue late-80's or early-90's Oldsmobile or Buick with a Washington plate number starting with CSM. The officer observed the plastic to the rear bumper on the GMC Terrain being dislodged from its bracket and bent. D.R. further reported Mr. Gutierrez made contact with D.R. immediately after the incident and informed D.R. that he did not see any damage. Lastly, D.R. reported when he asked Mr. Gutierrez for his insurance information, Mr. Gutierrez informed D.R. he did not have vehicle insurance, and due to Mr. Gutierrez believing no damage was made to D.R.'s vehicle, he left the scene .

On August 18, 2025, a citation was formally filed charging Mr. Gutierrez for hit and run attended vehicle through Walla Walla District Court case 5A0609722. His arraignment hearing for this case is set for September 15, 2025.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

Re: Gutierrez Jr., Rogelio
September 5, 2025
Page 2

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: September 5, 2025

by  s/Jose Valencia

Jose Valencia
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

9/8/2025

Date